**Order entered October 7, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00379-CV

### NEWSOM, TERRY & NEWSOM, LLP AND STEVEN K. TERRY, Appellants

### V.

### HENRY S. MILLER COMMERCIAL COMPANY, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-01306-G**

## ORDER

Before the Court is appellee's October 5, 2020 unopposed second motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief be filed no later than November 23, 2020.

/s/　ROBERT D. BURNS, III
　　　CHIEF JUSTICE